TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00499-CV

In the Matter of D. Q. E.

FROM THE DISTRICT COURT OF LAMPASAS COUNTY, 27TH JUDICIAL DISTRICT

NO. 135J, HONORABLE BOBBY L. CUMMINGS, JUDGE PRESIDING 

PER CURIAM

 Appellant D.Q.E. filed his notice of appeal on July 26, 2000. The trial court
denied appellant's request to proceed on appeal as an indigent on September 8, 2000. This Court
notified appellant that the clerk's record and the reporter's record were not timely filed, requested
appellant to notify this Court that arrangements had been made to pay for the records and informed
appellant that his appeal would be dismissed for want of prosecution if appellant failed to respond. 
Appellant has not responded as requested. Accordingly, the above-styled cause is dismissed for
want of prosecution. Tex. R. App. P. 37.3(b). 

Before Chief Justice Aboussie, Justices Yeakel, and Patterson

Dismissed for Want of Prosecution

Filed: January 25, 2001

Do Not Publish